■ ALFRED CAROTA, JR., Plaintiff, v MASSAPEQUA UNION FREE SCHOOL DISTRICT, Defendant and Third-Party Plaintiff. F.P.S. ELECTRIC, INC., Third-Party Defendant-Appellant; WILLIAM M. BLAKE AGENCY, INC., Third-Party Defendant-Respondent. (And Other Third-Party Actions.) [708 NYS2d 340] —In an action to recover damages for personal injuries, the third-party defendant, fourth and sixth-party plaintiff appeals from an order of the Supreme Court, Nassau County (O'Connell, J.), dated August 4, 1999, which denied its motion to vacate the 90-day notice of the sixth-party defendant and to extend the time to complete discovery, and granted the cross motion of the sixth-party defendant pursuant to CPLR 3216 to dismiss the sixth-party complaint.

Ordered that the order is affirmed, with costs.

The grant of an extension of time pursuant to CPLR 2004 is addressed to the sound discretion of the court (*see, Salzman & Salzman v Gardiner,* 100 AD2d 846; *Versatile Furniture Prods. v 32-8 Maujer Realty,* 97 AD2d 463). The Supreme Court properly determined that the appellant failed to establish a reasonable excuse for its delay in prosecuting the sixth-party action. Accordingly, the Supreme Court providently exercised its discretion in granting the cross motion pursuant to CPLR 3216 to dismiss the sixth-party complaint (*see, Baczkowski v Collins Constr. Co.,* 89 NY2d 499; *Rada v City of Yonkers,* 204 AD2d 523; *Versatile Furniture Prods. v 32-8 Maujer Realty, supra*). Santucci, J. P., McGinity, Luciano and Schmidt, JJ., concur.